## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | | |
|---|---|---|
| Gionand Gabriel Emiliani Rojas, | ) | **ORDER** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:26-cv-48 |
| David Easterwood et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner Gionand Gabriel Emiliani Rojas petitions for a writ of habeas corpus. Doc. 1. Respondents filed a response on February 25, 2026. Doc. 3. In their response, Respondents indicated that Petitioner was released from custody on February 24, 2026. Docs. 3; 3-1. Because Petitioner is no longer in custody, Respondents argue the petition is moot and should be dismissed. Doc. 3; 28 U.S.C. § 2241(c) ("The writ of habeas corpus shall not extend to a prisoner unless—(1) [h]e is in custody . . . . "). Petitioner does not oppose Respondents' argument. Doc. 4 at 1.

The Court has reviewed the record, the parties' filings, and the relevant case law. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated this 4th day of March, 2026.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court