Local AO 450 (rev. 1/23)

# United States District Court
## *District of North Dakota*

Gionand Gabriel Emiliani Rojas,

Petitioner,

v.

David Easterwood et al.,

Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 3:26-cv-48

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order dated March 4, 2026, (Doc. 5), the Petitioner's petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

Date: March 4, 2026

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Pamela Bloomquist, Deputy Clerk*